UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTATE OF ASAIAH WASHINGTON, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF TONETTE WASHINGTON RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Tonette Washington, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Asaiah Washington, pursuant to California Code of Civil Procedure § 377.32.

2. Asaiah Washington was born on ▮▮▮ 1984, in *Sacramento* County, California.

3. No proceeding is now pending in California for administration of the estate of Asaiah Washington.

4. I am the successor-in-interest to Asaiah Washington (as defined in California Code of Civil Procedure § 377.11) and succeed to his interest in this action or proceeding. I am the surviving spouse of Asaiah Washington.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Asaiah Washington in this pending action or proceeding.

6. A true and correct copy of the death certificate of Asaiah Washington is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June *3*, 2025, at Sacramento, California.

_____
Tonette Washington

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH SERVICES

**STATE FILE NUMBER:** 3052024172234
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)
**LOCAL REGISTRATION NUMBER:** 3202434008150

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): **ASAIAH**
- 2. MIDDLE: **GEROME**
- 3. LAST (Family): **WASHINGTON**
- AKA, ALSO KNOWN AS: —
- 4. DATE OF BIRTH mm/dd/ccyy: 1984
- 5. AGE Yrs.: 40
- IF UNDER ONE YEAR: Months / Days
- IF UNDER 24 HOURS: Hours / Minutes
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS/SRDP (at Time of Death): MARRIED
- 7. DATE OF DEATH mm/dd/ccyy: 07/26/2024 FND
- 8. HOUR (24 Hours): 1151 FND
- 13. EDUCATION – Highest Level/Degree: ASSOCIATE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES
- 16. DECEDENT'S RACE: AFRICAN AMERICAN
- 17. USUAL OCCUPATION: ARBORIST
- 18. KIND OF BUSINESS OR INDUSTRY: TREE SERVICE
- 19. YEARS IN OCCUPATION: 10

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE (Street and number, or location): [redacted]
- 21. CITY: RANCHO CORDOVA
- 22. COUNTY/PROVINCE: SACRAMENTO
- 23. ZIP CODE: 95742
- 24. YEARS IN COUNTY: 40
- 25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: TONETTE WASHINGTON, WIFE
- 27. INFORMANT'S MAILING ADDRESS: [redacted] RANCHO CORDOVA, CA 95742

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: TONETTE
- 29. MIDDLE: GENEE
- 30. LAST (BIRTH NAME): MAYS
- 31. NAME OF PARENT – FIRST: ALTON
- 32. MIDDLE: —
- 33. LAST (BIRTH NAME): WASHINGTON
- 34. BIRTH STATE: CA
- 35. NAME OF PARENT – FIRST: PATRICE
- 36. MIDDLE: —
- 37. LAST (BIRTH NAME): THOMAS
- 38. BIRTH STATE: CA

### FUNERAL DIRECTOR/LOCAL REGISTRAR
- 39. DISPOSITION DATE mm/dd/ccyy: 08/14/2024
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF TONETTE WASHINGTON, RANCHO CORDOVA, CA 95742
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: —
- 44. NAME OF FUNERAL ESTABLISHMENT: AFFORDABLE CREMATION & FUNERAL CENTER
- 45. LICENSE NUMBER: FD1655
- 46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
- 47. DATE mm/dd/ccyy: 08/13/2024

### PLACE OF DEATH
- 101. PLACE OF DEATH: SACRAMENTO COUNTY MAIN JAIL
- 102. IF HOSPITAL, SPECIFY ONE: —
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other
- 104. COUNTY: SACRAMENTO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 651 I STREET
- 106. CITY: SACRAMENTO

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): PENDING
  - (B):
  - (C):
  - (D):
- Time Interval Between Onset and Death: (A) PEND
- 108. DEATH REPORTED TO CORONER?: YES — REFERRAL NUMBER: 24-03505
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: —
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: UNK
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO

### PHYSICIAN'S CERTIFICATION
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since: mm/dd/ccyy —
- Decedent Last Seen Alive: mm/dd/ccyy —
- 115. SIGNATURE AND TITLE OF CERTIFIER: —
- 116. LICENSE NUMBER: —
- 117. DATE mm/dd/ccyy: —
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: —

### CORONER'S USE ONLY
- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: Pending Investigation
- 120. INJURED AT WORK?: UNK
- 121. INJURY DATE mm/dd/ccyy: —
- 122. HOUR (24 Hours): —
- 123. PLACE OF INJURY: —
- 124. DESCRIBE HOW INJURY OCCURRED: —
- 125. LOCATION OF INJURY: —
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS
- 127. DATE mm/dd/ccyy: 07/30/2024
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS, DEP CORONER

**STATE REGISTRAR:** A B C D E



---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

*002244405*

**DATE ISSUED:** September 19, 2024



Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

PBNCO (REV) 09/18 — This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH SERVICES

### PHYSICIAN/CORONER'S AMENDMENT

STATE FILE NUMBER: 3052024172234
LOCAL REGISTRATION NUMBER: 3202434008150

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD:

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| ASAIAH | GEROME | WASHINGTON | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 07/26/2024 FND | SACRAMENTO | SACRAMENTO |

## PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING | FENTANYL AND METHAMPHETAMINE INTOXICATION |
| 107AT | PEND | UNKNOWN |
| 112 | - | NONE |
| 113 | UNK | NO |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | N |
| 121 | | 07/26/2024 |
| 122 | | 1114 |
| 123 | | OTHER: SACRAMENTO COUNTY MAIN JAIL |
| 124 | | THE DECEDENT USED DRUGS. |
| 125 | | 651 I STREET, SACRAMENTO, CA 95814 |

AMENDED 2 OF 2

## DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER: ▶ CRYSTAL WHITE
10. DATE SIGNED—MM/DD/CCYY: 09/13/2024
11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER: CRYSTAL WHITE, DEP CORONER

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 4800 BROADWAY, SUITE 100 | SACRAMENTO | CA | 95820-1530 |

STATE/LOCAL REGISTRAR USE ONLY
16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: ▶ CDPH-VR
17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY: 09/13/2024

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
FORM VS 24Ae (REV. 1/08)

1.1

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

*002244406*





DATE ISSUED: **September 19, 2024**

OLIVIA KASIRYE, MD
LOCAL REGISTRAR



This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.
PBNCO (REV) 09/18



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE