Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:    mark@markmerin.com
    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF ASAIAH WASHINGTON,
TONETTE WASHINGTON, and JADAH WASHINGTON

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO
COUNTY DEPARTMENT OF HEALTH SERVICES,
ERIC SERGIENKO, SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, and JIM COOPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF ASAIAH WASHINGTON, et al., | Case No. 2:25-cv-02124-JAM-AC |
| Plaintiffs, | **STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1

The Estate of Asaiah Washington, Tonette Washington, and Jadah Washington (collectively, "Plaintiffs") and the County of Sacramento, Sacramento County Department of Health Services, Eric Sergienko, Sacramento County Sheriff's Department, and Jim Cooper (collectively, "Defendants") stipulate as follows:

WHEREAS, on July 30, 2025, Plaintiffs filed the currently-operative Complaint initiating this action, ECF No. 1;

WHEREAS, on December 1, 2025, December 9, 2025, January 15, 2026, January 23, 2026, January 27, 2026, February 5, 2026, February 20, 2026, March 5, 2026, and March 19, 2026, the County of Sacramento has produced discovery on a "rolling" basis;

WHEREFORE, the parties have met-and-conferred and agree that good cause supports the filing of a First Amended Complaint based on the production of discovery after the currently-operative Complaint was filed;

Now, THEREFORE, the parties stipulate that Plaintiffs shall have leave to file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 16(b)(4). (A true and correct copy of the proposed First Amended Complaint, with tracked-changes, is attached as **Exhibit A**.)

IT IS SO STIPULATED.

Dated: April 22, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    ESTATE OF ASAIAH WASHINGTON,
    TONETTE WASHINGTON, and JADAH WASHINGTON

Dated: April 22, 2026                    Respectfully Submitted,

PORTER | SCOTT

*/s/ Cruz Rocha*
(as authorized on April 22, 2026)
By: _____
Carl L. Fessenden
Cruz Rocha

Attorney for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO
COUNTY DEPARTMENT OF HEALTH SERVICES,
ERIC SERGIENKO, SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, and JIM COOPER

3

**STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER**
*Estate of Washington v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-02124-JAM-AC

# ORDER

GOOD CAUSE APPEARING, the parties 'stipulation is **GRANTED**.

Plaintiffs are granted leave to file the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 16(b)(4), within **fourteenth (14) days** of the date of the filing of this Order.

Defendants shall file their responsive pleadings within **twenty (20) days** of the refiling of Plaintiffs' first amended complaint.

IT IS SO ORDERED.

Dated: April 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER**
*Estate of Washington v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:25-cv-02124-JAM-AC