Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF ASAIAH WASHINGTON,
TONETTE WASHINGTON, and JADAH WASHINGTON

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES, ERIC SERGIENKO, SHALETHA HARRIS, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, NICOLE MILLER, THOMAS PHILLIPS, RICHARD ROSALES, NASEER AHMAD, VICTOR KRASNODEMSKY, DAVID ORTIZ ARANGO, and MARICELA ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF ASAIAH WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 2:25-cv-02124-JAM-AC<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

The Estate of Asaiah Washington, Tonette Washington, and Jadah Washington (collectively, "Plaintiffs") and the County of Sacramento, Sacramento County Department of Health Services, Eric Sergienko, Shaletha Harris, Sacramento County Sheriff's Department, Jim Cooper, Nicole Miller, Thomas Phillips, Richard Rosales, Naseer Ahmad, Victor Krasnodemsky, David Ortiz Arango, and Maricela Zamora (collectively, "Defendants") stipulate as follows:

WHEREAS, on July 30, 2025, Plaintiffs filed the Complaint initiating this action, ECF No. 1;

WHEREAS, on April 27, 2026, Plaintiffs filed the currently-operative First Amended Complaint, ECF No. 15;

WHEREAS, from December 1, 2025, to June 1, 2026, the County of Sacramento produced discovery on a "rolling" basis;

WHEREFORE, the parties have met-and-conferred and agree that good cause supports the filing of a Second Amended Complaint based on newly-identified information present in discovery produced after the currently-operative First Amended Complaint was filed;

Now, THEREFORE, the parties stipulate that Plaintiffs shall have leave to file a Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 16(b)(4). (A true and correct copy of the proposed Second Amended Complaint, with tracked-changes, is attached as **Exhibit A**.)

IT IS SO STIPULATED.

Dated: July 27, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: ________________________________
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF ASAIAH WASHINGTON,
TONETTE WASHINGTON, and JADAH WASHINGTON

Dated: July 27, 2026

Respectfully Submitted,

PORTER | SCOTT

*/s/ Cruz Rocha*
(as authorized on July 27, 2026)

By: ______________________________
Carl L. Fessenden
Cruz Rocha

Attorney for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES, ERIC SERGIENKO, SHALETHA HARRIS, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, NICOLE MILLER, THOMAS PHILLIPS, RICHARD ROSALES, NASEER AHMAD, VICTOR KRASNODEMSKY, DAVID ORTIZ ARANGO, and MARICELA ZAMORA

**ORDER**

GOOD CAUSE APPEARING, the stipulation for leave to file a Second Amended Complaint is **GRANTED**.

Plaintiffs shall file the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 16(b)(4), **within fourteenth (14) days** of the date of the filing of this Order.

**IT IS SO ORDERED**.

Dated: July 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE